COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



§

IN THE INTEREST OF D. A. Z., A CHILD,

Appellant.

§  No. 08-18-00124-CV

§  Appeal from the

§  143rd District Court

§  Of Reeves County, Texas

§  (TC# 16-13-21454-CVR)

§

# **O R D E R**

The Court GRANTS the District Clerk's request for an extension of time within which to file the Clerk's Record until **August 16, 2018.** NO FURTHER REQUESTS FOR EXTENSION OF TIME TO FILE THE CLERK'S RECORD WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that Pat Tarin, District Clerk, for Reeves County, Texas prepare the Clerk's Record, and forward the same to this Court on or before **August 16, 2018.**

IT IS SO ORDERED this 17th day of July, 2018.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.